UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
   CHAD A DOTY  
   TONYA N DOTY  

               Debtors

CASE NO: 05-32381  
      (Chapter 13)  

JUDGE GUY R. HUMPHREY

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010632**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 3 | AMERICAN NATIONAL ADJUSTMENT<br>17726 W EIGHT MILE ROAD<br>SOUTHFIELD, MI  48075 | 146.01 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 4/29/2010

Certificate of Service     05-32381

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CHAD A DOTY | JEFFREY P ALBERT | (3.1) |
| TONYA N DOTY | 4403 N MAIN ST | AMERICAN NATIONAL ADJUSTMENT |
| 1972 Pennsylvania Drive | DAYTON, OH  45405 | 17726 W EIGHT MILE ROAD |
| Xenia, OH  45385 | | SOUTHFIELD, MI  48075 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner              sv